**UNITED STATES BANKRUPTCY COURT**

Northern District of Georgia
Atlanta Division 1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404−215−1000

| | |
|---|---|
| In Re: **Kawanna Robinson Bailey** <br><br> Debtor(s) | Case No.: **23−55961−jwc** <br> Chapter: **7** <br> Judge: **Jeffery W. Cavender** |

### ORDER TO EMPLOYER TO TERMINATE ORDER TO DEDUCT OR REMIT

To: Amazon

It appearing that this case was CONVERTED on 12/11/23,

It is hereby ORDERED that the previous Order issued by this Court directing the Employer to deduct a portion of the above−referenced Debtor(s) wages is hereby TERMINATED, thus relieving the Employer of any obligation to deduct from any monies due and owing to the debtor.

The Clerk is directed to serve a copy of this Order on Debtor, Debtor's Counsel, any Trustee, and Employer.

SO ORDERED, on 12/12/23

_Jeffery W. Cavender_
Jeffery W. Cavender
UNITED STATES BANKRUPTCY JUDGE

Dated: December 12, 2023

Form termedo −08/2019